RECEIPT NO. ☐ (COURT USE ONLY)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

JOHN P. NOWAK

v.

GRAND DESIGN RV, LLC; WINNEBAGO INDUSTRIES, INC.

Cause No.: 3:24-cv-00950

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

JOHN P. NOWAK, Individually and on Behalf of All Others Similarly Situated

Party(s) Represented

Prefix (check one) ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: McCardle   First Name: Lance   Middle Name/Initial: C

Generation (Sr, Jr, etc):

Firm Name: Fishman Haygood, LLP
Street Address: 201 St. Charles Ave., Ste. 4600   Suite/Room No.:
City: New Orleans   State: LA   Zip: 70170
Office Telephone No.: (504) 586-5252   Fax No.: (504) 586-5250
E-Mail Address: lmccardle@fishmanhaygood.com

**EDUCATION:**
College: Louisiana State University   Degree: BS Finance   Year Completed: 1999
Law School: Loyola Law School   Year Graduated: 2005
Other Post-Graduate Schooling:

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Louisiana | 2005 | Active | 29971 |
| Texas | 2022 | Active | 24128047 |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| Middle, Western and Eastern Districts of Louisiana | 2006 | Active |
| U.S. Fifth Circuit Court of Appeals | 2006 | Active |
| Eastern District of Texas | 2024 | Active |
| | | |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an explanation)  ☒ No

Applicant: I, Lance C. McCardle, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 1/20/2025

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____          _____
                                                          Judge, U. S. District Court

Revised 06/05/2013