# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF INDIANA

JOHN P. NOWAK; Individually and on Behalf of All Others Similarly Situated,

*Plaintiff*

GRAND DESIGN RV, LLC; WINNEBAGO INDUSTRIES, INC.,

*Defendant*

Case No. 3:24-cv-00950

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
GRAND DESIGN RV, LLC., WINNEBAGO INDUSTRIES, INC.

Date: 2/04/2025

*Attorney's signature*

A. Elizabeth Burnettt (MN 0391009))
*Printed name and bar number*

Robins Kaplan LLP
800 LaSalle Ave., Ste 2800
Minneapolis, MN 55402
*Address*

EBurnett@robinskaplan.com
*E-mail address*

612 349-8500
*Telephone number*

612 339-4181
*FAX number*