UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN P. NOWAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No.: 3:24-cv-950-PPS-SJF |
| | ) |
| GRAND DESIGN RV, LLC and WINNEBAGO INDUSTRIES, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendants Grand Design RV, LLC and Winnebago Industries, Inc. on January 21, 2025, filed a motion to dismiss [DE 13] Plaintiff Nowak's complaint under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). Nowak subsequently amended his complaint on February 11. [DE 21.] Given the filing of Nowak's amended complaint, and Defendants' renewed motion to dismiss the amended complaint [DE 26], I hereby **DISMISS AS MOOT** Defendants' prior motion to dismiss [DE 13]. I also direct the Clerk's Office to **DISMISS AS MOOT** Defendants' erroneously filed motion to dismiss [DE 12].

**SO ORDERED**.

ENTERED: February 26, 2025.

/s/Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT