**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| JOHN P. NOWAK, Individually and on Behalf of All Others Similarly Situated | * * * | |
| *Plaintiffs,* | * * | CIVIL ACTION NO.: 24-950 |
| | * | JUDGE: SIMON |
| VERSUS | * * | MAGISTRATE: FRANKEL |
| GRAND DESIGN RV, LLC; WINNEBAGO INDUSTRIES, INC. | * * | **JURY TRIAL DEMANDED** |
| *Defendants.* | * * | |

* * * * * * * * * * * * * * * * * * * * *   *

## NOTICE OF RELATED ACTION

Plaintiff John P. Nowak hereby submits this Notice of Related Action in accordance with Local Rule 40-1(d):

> (d) Notice of Related Action. A party must file a notice of related action as soon as it appears that the party's case and another pending case:
>
> (1) arise out of the same transaction or occurrence;
>
> (2) involve the same property; or
>
> (3) involve the validity or infringement of the same patent, trademark, or copyright.

It appears that the case captioned *Auble et al v. Winnebago Industries, Inc.*, Case No. 25-240, filed on March 19, 2025 and assigned to Judge Damon R. Leichty, arises out of the same transaction or occurrence as the above-captioned case. Both actions allege that certain make and model recreational vehicles were defectively manufactured by Grand Design RV, LLC and its parent, Winnebago Industries.

1

Accordingly, *Auble*, No. 25-240, is related to this case pursuant to Local Rule 40-1(d).

Respectfully submitted,

FISHMAN HAYGOOD LLP
 */s/ Jason W. Burge*
STEPHEN J. HERMAN (*PRO HAC VICE*)
LANCE C. MCCARDLE (*PRO HAC VICE*)
JASON W. BURGE (*PRO HAC VICE*)
MAGGIE M. DALY (*PRO HAC VICE*)
**FISHMAN HAYGOOD, L.L.P.**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170
Telephone: (504) 586-5252
Fax: (504) 586-5250

AND

Fred Schultz, #19554-53
Greene & Schultz Trial Lawyers
520 N Walnut Street
Bloomington, IN 47404
Telephone: (812) 336-4357
Facsimile: (812) 336-5615

*Attorneys for Plaintiff and Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2025, a copy of the foregoing has been furnished to all counsel of record via ECF.

*/s/ Jason W. Burge*

3992628v1