UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN P. NOWAK, MATTHEW AUBLE, JOSEPH ALTERMAN, DON BILYEU, STEPHEN CLAY, WARREN COLBURN, LEO CRITCHFIELD, MICHAEL CROTEAU, ALESSANDRO D'ALESSANDRO, JOHN DRAKE, LORI FAY, JOHN GARCIA, JOSEPH GRAVER, LUCY AND ANDREW HALLBERG, DEANA JANSA, MATT JOHNSON, MICHAEL MANGUM, ROBIN MYERS, MICHAEL O'NEAL, DANIEL PEABODY, GARY PFEIFFER, KENNETH PIERCE, COLLIN REESE, JIM RIEBER, MATTHEW THOMPSON, KERMIT TROTTER, GUSTAV VANZYL, DAVID WOBSER, MATTHEW YEOMAN, and CYNTHIA YUNGCLAS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WINNEBAGO INDUSTRIES, INC. and GRAND DESIGN RV, LLC, <br><br> Defendants. | Civil Action No.: 3:24-cv-00950-PPS-AZ <br><br> Judge Philip P. Simon |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT**

Pursuant to Local Rule 7-1(e)(2), Defendants Winnebago Industries, Inc. and Grand Design RV, LLC submit this unopposed motion for leave to file a brief in support of their forthcoming motion to dismiss the consolidated complaint in excess of the 25-page limit. In support of this Motion, Defendants state the following:

(1)     Plaintiffs' 262-page consolidated complaint brings 32 claims, under the law of 25 separate states. The consolidated complaint is brought on behalf of 31 individually-named plaintiffs, representing a putative nationwide class and 25 putative statewide subclasses.

1

(2) Previously, Defendants filed a motion to dismiss the amended complaint on several grounds, including that the Court lacks personal jurisdiction over Winnebago, Plaintiffs cannot assert claims under Indiana and Minnesota law on behalf of a nationwide class, Plaintiffs fail to plead their claims with particularity, Plaintiffs fail to state claims under many of the consumer-fraud statutes, and Plaintiffs' common-law claims are barred by the law of several states. Defendants' memorandum in support of the motion was 30 pages, exclusive of the caption, tables, and signature block.

(3) Defendants plan to file a motion to dismiss the consolidated complaint. In addition to many of the arguments made in response to the prior amended complaint, Defendants intend to address the 17 new claims and new factual allegations in the consolidated complaint. Though Defendants will endeavor to draft the memorandum in support of their motion efficiently and judiciously, given the number of claims and state laws at issue, Defendants will be unable to fully present these arguments within Local Rule 7-1(e)(1)'s 25-page limit.

(4) Under Local Rule 7-1(e)(2), a district court may allow a brief to exceed the page limit for "extraordinary and compelling reasons." Here, the voluminous allegations, number of claims and plaintiffs, and the complexity of the legal issues involved, present extraordinary and compelling reasons to permit Defendants to exceed the page limit. Defendants respectfully request leave to file a memorandum in support of their motion to dismiss not to exceed 50 pages.

(5) Counsel for Defendants has conferred with counsel for Plaintiffs and they do not oppose the relief requested.

For these reasons, Defendants respectfully request that their Motion be **GRANTED** and they be given leave to file a memorandum not to exceed 50 pages in support of their motion to dismiss the consolidated complaint.

Dated: October 23, 2025

/s/ *Erica A. Ramsey*
Brendan V. Johnson
Erica A. Ramsey
**ROBINS KAPLAN LLP**
150 East 4th Place, Suite 704
Sioux Falls, SD 54104-5044
605.335.1300
bjohnson@robinskaplan.com
eramsey@robinskaplan.com

A. Elizabeth Burnett
Marcus Guith
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
612.349.8500
eburnett@robinskaplan.com
mguith@robinskaplan.com

Hans Pijls
**DINSMORE & SHOHL LLP**
300 N. Fifth Avenue, Suite 120
Ann Arbor, MI 48104
248.719.1390
hans.pijls@dinsmore.com

COUNSEL FOR DEFENDANTS
WINNEBAGO INDUSTRIES, INC. AND
GRAND DESIGN RV, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, a true and accurate copy of the foregoing **Unopposed Motion for Leave to File Brief in Excess of Page Limit** was electronically filed with the Clerk of Court by using the CM/ECF system to all registered parties.

*/s/ Erica A. Ramsey*
Erica A. Ramsey
