**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JOHN P. NOWAK, MATTHEW AUBLE, JOSEPH ALTERMAN, DON BILYEU, STEPHEN CLAY, WARREN COLBURN, LEO CRITCHFIELD, MICHAEL CROTEAU, ALESSANDRO D'ALESSANDRO, JOHN DRAKE, LORI FAY, JOHN GARCIA, JOSEPH GRAVER, LUCY AND ANDREW HALLBERG, DEANA JANSA, MATT JOHNSON, MICHAEL MANGUM, ROBIN MYERS, MICHAEL O'NEAL, DANIEL PEABODY, GARY PFEIFFER, KENNETH PIERCE, COLLIN REESE, JIM RIEBER, MATTHEW THOMPSON, KERMIT TROTTER, GUSTAV VANZYL, DAVID WOBSER, MATTHEW YEOMAN, and CYNTHIA YUNGCLAS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WINNEBAGO INDUSTRIES, INC. and GRAND DESIGN RV, LLC,<br><br>    Defendants. | Civil Action No.: 3:24-cv-00950-PPS-AZ<br><br>Judge Philip P. Simon |

**DECLARATION OF ERICA A. RAMSEY IN SUPPORT OF DEFENDANTS'**
**<u>REPLY IN SUPPORT OF MOTION TO DISMISS</u>**

I, Erica A. Ramsey, being first duly sworn, state as follows:

1.      I am a partner with the law firm of Robins Kaplan LLP and counsel for

Defendants Winnebago Industries, Inc. and Grand Design RV, LLC in this action. I have

personal knowledge of the facts stated herein.

2. Exhibit A to Defendants' Reply is a true and correct copy of the LCI Industries Q1 2024 Earnings Call located at the website that is cited in footnotes 54–55 of Plaintiffs' Consolidated Complaint. (*See* Consol. Compl. ¶¶ 173–75, fn. 54–55.)

3. Exhibit B to Defendants' Reply is a true and correct copy of the Winnebago Q2 2025 Earnings Call located at the website that is cited in footnote 59 of Plaintiffs' Consolidated Complaint. (*See id.* ¶¶ 203–04, fn. 59.)

4. Exhibit C to Defendants' Reply is a true and correct copy of the 2022 WVPE article, entitled "RV Industry Association Reports Best Shipment Year on Record" located at the website that is cited in footnotes 39–41 of the Consolidated Complaint. (*See id.* ¶¶ 129–30, fn. 39–41.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 20, 2026.

Erica A. Ramsey

2